AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22 PM 12:00
U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE ANTONIO SANCHEZ, JR. | ) | Case No. 4:19-MJ-167 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JOSE ANTONIO SANCHEZ, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances

Date:     03/22/2019

*Issuing officer's signature*

City and state:     Des Moines, Iowa

Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/19, and the person was arrested on *(date)* 3/27/19
at *(city and state)* Des Moines, IA.

Date: 3/27/19

*Arresting officer's signature*

FBI SA Jason Soo
*Printed name and title*